IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES FRAZIER,

        Plaintiff,                      No. CIV S-06-0859 LKK DAD P

    vs.

A. KONRAD,

        Defendant.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with this civil rights action. In reply to defendant's answer, plaintiff has filed a document titled "Motion and Motion to Oppose Defendant's Motion for Jury Trial." Plaintiff objects to defendant's jury demand and defendant's denial that plaintiff exhausted administrative remedies before bringing this action.

        Plaintiff is advised that defendant's demand for jury trial has been properly made pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

        Rule 7 of the Federal Rules of Civil Procedure governs the pleadings permitted in federal civil cases. The rule provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. <u>No other pleading shall be</u>

<u>allowed, except that the court may order a reply to an answer or a third-party answer</u>.

Fed. R. Civ. P. 7(a) (emphasis added).  The court has not ordered plaintiff to file a reply to defendant's answer and declines to make such an order.

Accordingly, IT IS HEREBY ORDERED that plaintiff's September 12, 2006 motion to oppose defendant's answer is denied.

DATED: October 18, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
fraz0859.77e

2