IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES FRAZIER,

    Plaintiff,                    No.  CIV S-06-0859 LKK DAD P

    vs.

A. KONRAD,

    Defendant.                ORDER

_____/

      Pursuant to the court's November 29, 2006 order, each party is required to file and serve a status report addressing nine topics.  Plaintiff has filed a status report that addresses only one of the topics.  Plaintiff will be required to file and serve an amended status report that addresses all nine topics.  Plaintiff shall not attach to the amended status report any exhibits or other documents.  IT IS ORDERED that plaintiff shall file and serve an amended status report within thirty days from the date of service of this order, and defendant's status report shall be filed and served within thirty days after plaintiff's amended status report is served.

DATED: January 5, 2007.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:13
fraz0859.40sec