IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES FRAZIER,

       Plaintiff,                      No. CIV S-06-0859 LKK DAD P

    vs.

A. KONRAD,

       Defendant.            ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, seeks relief under 42 U.S.C. § 1983. On February 2, 2007, plaintiff filed a request for a thirty-day extension of time to file an amended status report in compliance with this court's order on January 5, 2007. Plaintiff timely filed his amended status report on February 6, 2007. Accordingly, IT IS HEREBY ORDERED that plaintiff's February 2, 2007 request for extension of time is denied as unnecessary.

DATED: March 14, 2007.

                                              _____
                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:9
fraz0859.36

1