IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES FRAZIER,

       Plaintiff,            No. CIV S-06-0859 LKK DAD P

  vs.

A. KONRAD,

       Defendant.      <u>ORDER</u>

_____/

       On November 29, 2007, defendant filed a motion to vacate trial and pretrial dates in this matter.  Under the court's March 15, 2007 scheduling order, plaintiff's pretrial statement was due on November 30, 2007, and defendant's pretrial statement was due on December 7, 2007.  Pretrial conference was set for December 14, 2007, and jury trial was set for February 19, 2008.  Neither party has filed a pretrial statement.  However, defendant has filed a motion for summary judgment.  Good cause appearing, the court will vacate the scheduling order dates related to pretrial statements, pretrial conference, and jury trial and will issue a revised scheduling order if necessary after the motion for summary judgment has been ruled upon.  The remainder of the court's March 15, 2007 scheduling order will remain in effect.

/////

/////

1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  The court's March 15, 2007 scheduling order dates related to pretrial

3    statements (November 30, 2007 and December 7, 2007), pretrial conference (December 14,

4    2007), and jury trial (February 19, 2008) are vacated; and

5          2.  The remainder of the court's March 15, 2007 scheduling order remains in

6    effect.  The court will issue a revised scheduling order if necessary after summary judgment has

7    been ruled upon.

8    DATED: December 4, 2007.

9

10

11   DALE A. DROZD
     UNITED STATES MAGISTRATE JUDGE

12   DAD:9
     fraz0859.41mod

13

14

15

16

17

18

19

20

21

22

23

24

25

26